(Official Form 1) (1/08)

# United States Bankruptcy Court
## District of Delaware

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Pacific Racing Association** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Social-Security No./Complete EIN or other Tax-I.D. No. (if more than one, state all): **Tax-I.D. No. 94-1585367** | Last four digits of Social-Security No./Complete EIN or other Tax-I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **1100 East Shore Highway, Albany, CA** ZIP CODE **94706** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: **Alameda County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(B).

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors (Consolidated with affiliates)

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets (Consolidated with affiliates)

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities (Consolidated with affiliates)

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

(Official Form 1) (1/08)

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Pacific Racing Association** |
|---|---|

**All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: **See Attached Schedule 2** | Case Number: **Pending** | Date Filed: **March 5, 2009** |
|---|---|---|
| District: **District of Delaware** | Relationship: **Affiliates** | Judge: **Pending** |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

**NOT APPLICABLE**

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by § 342(b).

X _____
Signature of Attorney for Debtor(s)    Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No. (See Exhibit C attached hereto)

### Exhibit D

**NOT APPLICABLE**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor – Venue
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property

**NOT APPLICABLE**

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| (Official Form 1) (1/08) | |
|---|---|
| | FORM B1, Page 3 |
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Pacific Racing Association** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X_____<br>Signature of Debtor<br><br>X_____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X_____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| */s/ (signed)*<br>Mark D. Collins (No. 2981)     Brian S. Rosen<br>Printed Name of Attorney for Debtor(s)<br>Richards, Layton & Finger, P.A.     Weil, Gotshal & Manges LLP<br>Firm Name<br>One Rodney Square     767 Fifth Avenue<br>Address<br>Wilmington, DE 19801     New York, NY 10153<br>(302) 651-7700     (212) 310-8000<br>Telephone Number<br>March 5, 2009<br>Date<br><br>* In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X_____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ William G. Ford*<br>Signature of Authorized Individual<br><br>William G. Ford<br>Printed Name of Authorized Individual<br><br>General Counsel and Secretary<br>Title or Authorized Individual<br><br>March 5, 2009<br>Date | |

## Schedule 2

| PENDING BANKRUPTCY CASES CONCURRENTLY FILED BY THIS DEBTOR AND AFFILIATED DEBTORS IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE |||
|---|---|---|

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Magna Entertainment Corp. | 09-_____ ( ) | March 5, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| The Santa Anita Companies, Inc. | 09-_____ ( ) | March 5, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Los Angeles Turf Club, Incorporated | 09-_____ ( ) | March 5, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| MEC Land Holdings (California) Inc. | 09-_____ ( ) | March 5, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Gulfstream Park Racing Association Inc. | 09-_____ ( ) | March 5, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| GPRA Thoroughbred Training Center, Inc. | 09-_____ ( ) | March 5, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| MEC Dixon, Inc. | 09-_____ ( ) | March 5, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| MEC Holdings (USA) Inc. | 09-_____ ( ) | March 5, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Sunshine Meadows Racing, Inc. | 09-_____ ( ) | March 5, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Thistledown, Inc. | 09-_____ ( ) | March 5, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| MEC Maryland Investments, Inc. | 09-_____ ( ) | March 5, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| 30000 Maryland Investments LLC | 09-_____ ( ) | March 5, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Remington Park, Inc. | 09-_____ ( ) | March 5, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| GPRA Commercial Enterprises Inc. | 09-_____ ( ) | March 5, 2009 |
| District: | Relationship: | Judge: |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Pimlico Racing Association, Inc. | 09-_____ ( ) | March 5, 2009 |
| District: | Relationship: | Judge: |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| The Maryland Jockey Club of Baltimore City, Inc. | 09-_____ ( ) | March 5, 2009 |
| District: | Relationship: | Judge: |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Laurel Racing Association Limited Partnership | 09-_____ ( ) | March 5, 2009 |
| District: | Relationship: | Judge: |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Laurel Racing Assoc., Inc. | 09-_____ ( ) | March 5, 2009 |
| District: | Relationship: | Judge: |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Prince George's Racing, Inc. | 09-_____ ( ) | March 5, 2009 |
| District: | Relationship: | Judge: |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Southern Maryland Racing, Inc. | 09-_____ ( ) | March 5, 2009 |
| District: | Relationship: | Judge: |
| District of Delaware | Affiliate | Pending |

| Name of Debtor:                              | Case No.      | Date Filed:    |
|----------------------------------------------|---------------|----------------|
| Southern Maryland Agricultural Association   | 09-_____ ( ) | March 5, 2009  |
| **District:**                                | **Relationship:** | **Judge:** |
| District of Delaware                         | Affiliate     | Pending        |

| Name of Debtor:        | Case No.      | Date Filed:    |
|------------------------|---------------|----------------|
| Maryland Jockey Club, Inc. | 09-_____ ( ) | March 5, 2009  |
| **District:**          | **Relationship:** | **Judge:** |
| District of Delaware   | Affiliate     | Pending        |

| Name of Debtor:        | Case No.      | Date Filed:    |
|------------------------|---------------|----------------|
| AmTote International, Inc. | 09-_____ ( ) | March 5, 2009  |
| **District:**          | **Relationship:** | **Judge:** |
| District of Delaware   | Affiliate     | Pending        |

On the date hereof, each of the affiliated entities listed above (including the debtor in this chapter 11 case) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court"). A motion will be filed with the Court requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

```
-------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11
                                          :
PACIFIC RACING ASSOCIATION,               :
                                          :   Case No. 09-_____ (   )
                                          :
            Debtor.                       :
                                          :
-------------------------------------------------------------x
```

## EXHIBIT "C" TO VOLUNTARY PETITION

1.    Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

The Debtor does not believe it owns or possesses any real or personal property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety. To the extent the Debtor has an interest in such property, to the best of the Debtor's knowledge, the Debtor is in compliance with all applicable laws, including, without limitation, all environmental laws and regulations.

2.    With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

The Debtor is not aware of any real or alleged dangerous conditions existing on or related to any real or personal property owned or possessed by the Debtor.

# CERTIFICATE OF RESOLUTIONS

## Dated March 5, 2009

I, William G. Ford, a duly authorized officer of Pacific Racing Association, a California Corporation (the "Corporation"), hereby certify that the following resolutions were duly adopted by the majority vote of all of the Directors of the Corporation in attendance at a special meeting of the Board of Directors at which a quorum was present held on March 5, 2009 in accordance with the requirements of the applicable law and the constitutive documents of the Corporation and that these resolutions have not been modified or rescinded and are still in full force and effect as of the current date.

RESOLVED, that, in the judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors, employees, and other interested parties that a petition be filed by the Corporation seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

RESOLVED, that any of the Chief Executive Officer, Chief Operating Officer, Chief Financial Officer, any Vice President, the Secretary or Treasurer (each, an "Authorized Person") be, and hereby is, authorized, empowered and directed, in the name and on behalf of the Corporation, to execute and verify petitions and amendments thereto commencing a case under chapter 11 of the Bankruptcy Code (the "Chapter 11 Case") and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware at such time or in such other jurisdiction as such person executing the same shall determine; and further

RESOLVED, that the law firm of Weil, Gotshal & Manges LLP is hereby engaged as attorneys for the Corporation under a general retainer in the Chapter 11 Case, subject to the approval of the Bankruptcy Court; and further

RESOLVED, that the law firm of Richards, Layton & Finger, P.A. is hereby engaged as local counsel for the Corporation under a general retainer in the Chapter 11 Case, subject to the approval of the Bankruptcy Court; and further

RESOLVED, that the firm of Miller Buckfire & Co., LLC is hereby engaged as financial advisors for the Corporation in the Chapter 11 Case, subject to the approval of the Bankruptcy Court; and further

RESOLVED, that each Authorized Person, and any other officer of the Corporation as any such Authorized Person shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such Authorized Person be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Corporation, to execute and file all petitions, schedules, motions, lists, applications, pleadings and other documents, and to take and perform any and all further acts and deeds, which he or she deems necessary, proper or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case; and further

RESOLVED, that each Authorized Person be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Corporation, to engage and retain all assistance by legal counsel, accountants, financial advisors, restructuring advisors, and other professionals in connection with the Chapter 11 Case as such Authorized Person shall consider necessary, appropriate or convenient for the successful prosecution of such case; and further

RESOLVED, that, in connection with the Chapter 11 Case, each Authorized Person be, and each hereby is, authorized and empowered, on behalf of and in the name of the Corporation, to negotiate, execute, deliver, and perform or cause the performance of any loan, security or other agreement, note, other instrument, consent or certificates, or amendment or assignment thereof, as such person considers necessary, appropriate, desirable, or advisable to effectuate borrowings or other financial arrangements that are necessary or appropriate in the interests of the Corporation, such determination to be evidenced by such execution or taking of such action; and further

RESOLVED, that each Authorized Person is hereby authorized, in connection with the Chapter 11 Case, in the name and on behalf of the Corporation, to negotiate, execute, deliver and perform or cause the performance of a DIP Facility (including, in connection therewith, such guarantees, notes, security agreements and other agreements, certificates, or instruments as such officer or officers executing the same considers appropriate) on terms and conditions as such officer or officers executing the same may consider necessary, proper, desirable, or advisable, such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreements or instruments on behalf of the Corporation and any affiliates thereof; and further

RESOLVED, that any action heretofore taken by any Authorized Person in the name or on the behalf of the Corporation for the purposes and in the reasonable belief that such action was in furtherance of carrying out the purposes of the foregoing resolutions be, and hereby is, ratified, approved and confirmed on behalf of the Corporation; and further

RESOLVED, that each Authorized Person be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Corporation, to negotiate, execute, deliver, cause the Corporation to enter into, certify, file and/or record, and perform or cause the performance of and to consummate the transactions contemplated by, such other agreements, instruments, settlements, releases, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates and other documents, and amendments or assignments thereof, and to take such other actions, as in the judgment of such person shall be or become necessary, proper, and desirable to effectuate the prosecution of the Chapter 11 Case or a successful reorganization of the business of the Corporation, in each case in such form and with such substance as such Authorized Person may approve, with the execution, delivery, certification, filing or recording thereof or taking of such other action to constitute evidence of such approval; and further

RESOLVED, that, in connection with the conduct of the business and affairs of the Corporation during the Chapter 11 Case, each Authorized Person be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Corporation: (i) to negotiate, execute, deliver, enter into, certify, file and/or record any and all of the agreements, instruments, motions, certifications, applications and documents referenced in the foregoing resolutions and such other agreements, instruments, applications, consents, assignments and other documents as may be or become required or as such officers deem appropriate or advisable, and to perform or to cause the performance thereof, with the execution, delivery, certification, filing or recording thereof to constitute evidence of such approval; and (ii) to do such other things as may be required, or as may in their judgment be appropriate or advisable, in order to effectuate fully the foregoing resolutions and the consummation of the transactions contemplated hereby.

IN WITNESS WHEREOF, I have set my hand this 5th day of March, 2009.

By: William G. Ford
Title: General Counsel and Secretary

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

----------------------------------------x
|                                        :
In re                                    :   Chapter 11
                                         :
PACIFIC RACING ASSOCIATION,              :
                                         :   Case No. 09-_____ ( )
                                         :
       Debtor.                          :
                                         :
----------------------------------------x

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 50 LARGEST UNSECURED CLAIMS[1]

The following is a list of creditors holding the fifty (50) largest unsecured claims against the above-captioned Debtor and certain affiliated entities that have simultaneously commenced chapter 11 cases in this Court (collectively, the "Debtors"). This list has been prepared on a consolidated basis from the unaudited books and records of the Debtors. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtors' chapter 11 cases. This list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 50 largest unsecured claims. The information herein shall not constitute an admission of liability by, nor is it binding on, any Debtor. Moreover, nothing herein shall affect any Debtor's right to challenge the amount or characterization of any claim at a later date.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, Agent or department of creditor familiar with claim who may be contacted, & fax number | Nature of Claim | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Estimated Amount of Claim as of ___ |
|---|---|---|---|---|

---

[1] Refer to list included with the chapter 11 petition of the Debtor's affiliate, Magna Entertainment Corp., filed contemporaneously herewith.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11
                                              :
PACIFIC RACING ASSOCIATION,                   :
                                              :    Case No. 09-_____ ( )
                                              :
        Debtor.                               :
                                              :
------------------------------------------------------------x

## DECLARATION CONCERNING CREDITOR LIST

I, William G. Ford the undersigned authorized officer of Pacific Racing Association, named as the debtor in this case (the "Debtor"), declare under penalty of perjury that I have read the foregoing Consolidated List of Creditors Holding 50 Largest Unsecured Claims against the Debtor and certain affiliated entities that have simultaneously commenced chapter 11 cases in this Court and that the list is true and correct to the best of my information and belief.

Dated: March 5, 2009

By: _____
    William G. Ford
Title: General Counsel and Secretary

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re                                          :    Chapter 11
                                               :
PACIFIC RACING ASSOCIATION,                    :
                                               :    Case No. 09-_____ (   )
                                               :
         Debtor.                               :
                                               :
---------------------------------------------------------------x

## CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY SECURITY HOLDERS

Pursuant to Rule 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Pacific Racing Association, as debtor and debtor in possession (the "Debtor"), respectfully represents as follows:

1. Magna Entertainment Corp. owns 100% of the equity of the Debtor.

Dated: March 5, 2009

By: _____
    William G. Ford
Title: General Counsel and Secretary